[No. 52383-0-I.   Division One.   June 1, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES E. KELLY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-08567-5, Donald D. Haley, J., entered April 28, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 52389-9-I.   Division One.   June 1, 2004.]

CITIZENS FOR DES MOINES, INC., ET AL., *Respondents*, v. THE CITY OF DES MOINES *on the relation of* DONALD WASSON, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-06957-6, Jay V. White, J. Pro Tem., entered May 22, 2004. *Reversed* by unpublished opinion per Schindler, J., concurred in by Grosse and Agid, J.

[No. 52395-3-I.   Division One.   June 1, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM CHASE CRESON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-8-00511-1, Mariane Spearman, J. Pro Tem., entered May 20, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 52406-2-I.   Division One.   June 1, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. GRAIG ALLEN DAVID, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 02-1-01791-1, Richard J. Thorpe, J., entered May 8, 2003. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Baker and Appelwick, JJ.